**Order entered October 31, 2022**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00777-CV

### RUBEN LOPEZ, Appellant

### V.

### ALICIA C. NUNO, Appellee

**On Appeal from the County Court at Law No. 2
Dallas County, Texas
Trial Court Cause No. CC-20-04594-B**

### ORDER

The clerk's record in this case is overdue. By postcard dated September 9, 2022, we notified the Dallas County Clerk that the clerk's record was overdue and directed him to file the clerk's record within thirty days. To date, the clerk's record has not been filed.

Accordingly, this Court **ORDERS** the Dallas County Clerk to file, by **November 18, 2022**, either (1) the clerk's record, or (2) written verification that

appellant has not paid for or made arrangements to pay for the clerk's record and is not entitled to proceed without payment of costs.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the following persons:

John Warren
Dallas County Clerk

All parties

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE